```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
                         "RONALD E. ZUBER V APC NATCHIQ INC"

                  Including terminated parties, excluding terminated counsel
```

     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 10/18/02
             Closed: 01/08/04

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (710) Fair Labor Standards Act
                      28 USC 1446(A)
              Origin: (2) Removed from State Court
              Demand: 50
          Filing fee: Paid $150.00 on 10/18/02 receipt # 40100174
            Trial by: Jury


Parties of Record:                           Counsel of Record:
─────────────────────────────────────────────────────────────────────────
PLF 1.1            ZUBER, RONALD E.          Kenneth L. Covell
                                             712 8th Avenue
                                             Fairbanks, AK 99701
                                             907-452-4377
                                             FAX 907-451-7802

DEF 1.1            APC NATCHIQ INC           Gregory L. Youngmun
                                             Delaney, Wiles, Hayes, Gerety
                                             1007 West 3rd Avenue, Suite 400
                                             Anchorage, AK 99501
                                             907-279-3581

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
                              "RONALD E. ZUBER V APC NATCHIQ INC"

                                      For all filing dates
```

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 10/18/02
          Closed: 01/08/04

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (710) Fair Labor Standards Act
                  28 USC 1446(A)
          Origin: (2) Removed from State Court
          Demand: 50
      Filing fee: Paid $150.00 on 10/18/02 receipt # 40100174
        Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 2 - 1 | 10/18/02 | DEF 1 Notice of Removal of 4FA-02-02272CI from the State of Alaska, 4th Judicial District. |
| 3 - 1 | 10/21/02 | RRB Order to petitioner subsequent to filing notice of removal. cc: cnsl |
| 4 - 1 | 10/22/02 | DEF 1 Answer to Complaint (and Affirmative Defenses). |
| 5 - 1 | 10/25/02 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days. cc: cnsl |
| 6 - 1 | 11/04/02 | DEF 1 Service List (of all parties). |
| 7 - 1 | 11/07/02 | DEF 1 Response to Order to petitioner: Notice of fling state court documents from 4FA-02-2272CI. |
| 8 - 1 | 11/15/02 | PLF 1; DEF 1 Unopposed motion for order accepting first amended complaint w/first amended complaint attached. |
| 9 - 1 | 11/20/02 | RRB Order granting unopposed motion for order accepting first amended complaint (8-1).  cc: cnsl |
| 10 - 1 | 11/20/02 | PLF 1 Complaint (Amended). |
| 11 - 1 | 11/25/02 | DEF 1 non-opposition to PLF 1; DEF 1 Unopposed motion for order accepting first amended complaint (8-1). |
| 12 - 1 | 11/27/02 | RRB Minute Order re: Rule 16(b) minute order requiring a status report was issued and no timely report was filed. A 16(b) report is due w/in 15 days. cc: cnsl |
| 13 - 1 | 11/27/02 | DEF 1 motion to Transfer Venue 28 USC Sections 1391, 1404 w/memorandum of points, declaration of rick owen, declaration of dennis acker attached. |
| 14 - 1 | 12/02/02 | PLF 1 opposition to DEF 1 motion to Transfer Venue (13-1). |
| 15 - 1 | 12/02/02 | PLF 1 Rule 26 (Status) Report. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
                         "RONALD E. ZUBER V APC NATCHIQ INC"

                                  For all filing dates
```

```
Document #    Filed     Docket text

   16 -   1  12/09/02   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 12/14/03; Dispositive motions deadline 08/18/03; Estimate of
                        trial 3 days; TBJ. cc: cnsl

   17 -   1  12/10/02   DEF 1 reply to opposition to DEF 1 motion to Transfer Venue 28 USC
                        Sections 1391 (13-1), w exhibit A attached.

   18 -   1  12/13/02   DEF 1 Notice of Filing Original Declaration of Christopher Boyle.

   19 -   1  02/24/03   RRB Order granting motion to Transfer Venue 28 USC Sections 1391, 1404
                        (13-1).  cc: cnsl, Fairbanks Clerk

 NOTE -   1  02/25/03   Transferred in from F02-0015--CV

   20 -   1  02/25/03   Clerk's Notice: F02-015CV(RRB) Transferred from Fairbanks to Anchorage,
                        all pleadings filed in this action should contain case number
                        A03-0052CV(RRB). cc: cnsl

   21 -   1  02/25/03   DEF 1 Answer (Amended) and affirmative defenses to plf's first amended
                        complaint.

   22 -   1  03/03/03   PLF 1 motion for leave to file second amended complaint w/att second
                        amended complaint.

   23 -   1  03/06/03   DEF 1 non-opposition to PLF 1 motion for leave to file second amended
                        complaint (22-1)

   24 -   1  03/10/03   RRB Order granting motion for leave to file second amended complaint
                        (22-1).  cc: cnsl

   25 -   1  03/10/03   PLF 1 Complaint (Second Amended).

   26 -   1  03/11/03   PLF 1 motion demand for payment pursuant to AS 23.05.140.

   27 -   1  03/17/03   DEF 1 motion to strike plf's demand for payment.

   28 -   1  03/27/03   PLF 1 opposition to DEF 1 motion to strike plf's demand for payment
                        (27-1).

   29 -   1  04/02/03   DEF 1 Unopposed motion for ext of time until 4/9/03 to file a reply to
                        plf's opposition to motion to strike plf's demand for payment.

   29 -   2  04/03/03   RRB Order granting unopposed motion for ext of time until 4/9/03 to file
                        a reply to plf's opposition to motion to strike plf's demand for payment
                        (29-1).  cc: cnsl

   30 -   1  04/07/03   DEF 1 reply to opposition to DEF 1 motion to strike plf's demand for
                        payment (27-1).

   31 -   1  04/14/03   RRB Minute Order granting motion to strike plf's demand for payment
                        (27-1); Notwithstanding, it is understood that p[lf's demand for payment
                        pursuant to AS 23.05.140 (dkt 26) has been made.  cc: cnsl

   32 -   1  05/20/03   PLF 1 Stipulation to dismiss claims barred by statutes of limitations,
                        each side to bear their own costs and attorney fees.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
"RONALD E. ZUBER V APC NATCHIQ INC"

For all filing dates

```
Document #   Filed      Docket text

  33 -  1   05/22/03   RRB Order granting stipulation to dismiss claims barred by statutes of
                       limitations as stated (32-1).  Each side to bear its own costs and
                       attorney's fees.  cc: cnsl

  34 -  1   06/02/03   DEF 1 Final Witness List.

  35 -  1   06/23/03   PLF 1 Unopposed motion to accept late filing of final witness list w/att
                       final witness lists.

  35 -  2   06/30/03   RRB Order granting unopposed motion to accept late filing of final
                       witness list (35-1).    cc: cnsl

  36 -  1   06/30/03   PLF 1 Final Witness List.

  37 -  1   07/31/03   DEF 1 motion for partial summary judgment re: breach of contract w/att
                       exhs.

  38 -  1   08/01/03   DEF 1 motion for partial summary judgment re: compensability of travel
                       time w/att exhibits.

  39 -  1   08/01/03   DEF 1 motion for partial summary judgment re: statute of limitations
                       w/att aff & exhs.

  40 -  1   08/18/03   DEF 1 Stipulation for extension of time until 9/8/03 to complete all
                       discovery and until 9/26/03 to file dispositive motion.

  41 -  1   08/18/03   PLF 1 motion for extension of time until 9/12/03 to respond to def's
                       motions for summary judgment.

  40 -  2   08/19/03   RRB Order granting stipulation for extension of time until 9/8/03 to
                       complete all discovery (40-1), & setting the following dates: Discovery
                       to close 09/08/03; Dispositive motions deadline 09/26/03. cc: cnsl

  42 -  1   08/19/03   RRB Order granting motion for extension of time until 9/12/03 to respond
                       to def's motion for summary judgment (41-1).  cc: cnsl

  43 -  1   08/20/03   DEF 1 non-opposition to plf's mot for extension of time to respond to
                       def's motions for sj.

  44 -  1   08/21/03   PLF 1 motion for partial summary judgment w/att memo & exhs.

  45 -  1   08/21/03   PLF 1 Notice of filing unsigned affidavit of Ronald E. Zuber concerning
                       plf's motion for partial summary judgment.

  46 -  1   08/21/03   PLF 1 Unsigned Affidavit of Ronald E. Zuber re: PLF 1 motion for partial
                       summary judgment (44-1).

  47 -  1   08/21/03   PLF 1 Affidavit of Kenneth L. Covell re: PLF 1 motion for partial
                       summary judgment (44-1) w/attachments

  48 -  1   08/25/03   PLF 1 opposition to DEF 1 motion for partial summary judgment re: breach
                       of contract (37-1).

  49 -  1   08/25/03   PLF 1 Notice of filing signed affidavit of Roanld E. Zuber re: plf's mot
                       for partial summary judgment.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
                              "RONALD E. ZUBER V APC NATCHIQ INC"

                                      For all filing dates
```

```
Document #   Filed      Docket text

   50 -  1   08/25/03   PLF 1 Affidavit re: PLF 1 motion for partial summary judgment (44-1)
                        w/attachments.

   51 -  1   09/02/03   PLF 1 Second certificate of svc re: PLF 1 motion for partial summary
                        judgment (44-1).

   52 -  1   09/04/03   RRB Minute Order that an ans to the second amended cmplt has not been
                        fld; require an ans immediately. cc: cnsl

   53 -  1   09/08/03   DEF 1 reply to opposition to DEF 1 motion for partial summary judgment
                        re: breach of contract (37-1) w/att exh.

   54 -  1   09/08/03   DEF 1 Request for Oral Argument re: DEF 1 motion for partial summary
                        judgment re: breach of contract (37-1).

   55 -  1   09/08/03   DEF 1 Stipulation for extension of time until 9/12/03 for defendant to
                        file a reply to the motion for patial sj re breach of contract claims
                        and until 9/16/03 to file an opposition to plf's motion for partial
                        summary judgment.

   56 -  1   09/08/03   PLF 1 motion for leave to file Third Amended Complaint w/att Third
                        Amended Complaint.

   57 -  1   09/08/03   PLF 1 motion for permission to file papers in Fairbanks.

   58 -  1   09/08/03   DEF 1 Answer to Second Amended Complaint.

   55 -  2   09/09/03   Order granting stipulation for extension of time until 9/12/03 for
                        defendant to file a reply to the motion for sj re: breach of contract
                        and until 9/16/03 to file a reply to the mot for sj (55-1).  cc: cnsl

   59 -  1   09/11/03   DEF 1 non-opposition to PLF 1 motion for permission to file papers in
                        Fairbanks (57-1).

   60 -  1   09/15/03   RRB Order granting motion for permission to file papers in Fairbanks
                        (57-1).  cc: cnsl

   61 -  1   09/15/03   PLF 1 Unopposed motion for extension of time until 9/18/03 to file
                        opposition to def's travel time and statute of limitations motions.

   61 -  2   09/16/03   Order granting unopposed motion for extension of time until 9/18/03 to
                        file opposition to def's travel time and statute of limitation motions
                        (61-1).  cc: cnsl

   62 -  1   09/16/03   DEF 1 motion cross-motion for summary judgment w/att exhs.

   62 -  2   09/16/03   DEF 1 opposition to PLF 1 motion for partial summary judgment (44-1)
                        w/att memo & exhs.

   63 -  1   09/16/03   DEF 1 Amended Final Witness List.

   64 -  1   09/17/03   RRB Order re: a hearing regarding motion for partial summary judgment
                        re: breach of contract is set set for 10/9/03 at 3:30 p.m.  cc: cnsl

   65 -  1   09/17/03   DEF 1 limited opposition to PLF 1 motion for leave to file Third Amended
                        Complaint (56-1).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
                              "RONALD E. ZUBER V APC NATCHIQ INC"

                                       For all filing dates
```

```
Document #    Filed      Docket text

  66 -   1   09/18/03    PLF 1 Limited non-opposition to request for oral argument on def's mot
                         for partial sj on breach of contract.  Plf is not opposed to o/a on all
                         mots in this case.

  67 -   1   09/18/03    PLF 1 cross motion for summary judgment of the issues of willfulness and
                         good faith.

  68 -   1   09/18/03    PLF 1 opposition to DEF 1 motion for partial summary judgment re:
                         statute of limitations w/att aff & exhs (39-1), w exhibits 1 - 5 in
                         support.

  68 -   2   09/18/03    PLF 1 Memoorandum in support re: PLF 1 cross motion for summary judgment
                         of the issues of willfulness and good faith (67-1), w exhibits 1 - 5
                         attached.

  69 -   1   09/18/03    PLF 1 cross motion for summary judgment on the compensibility of "travel
                         time".

  70 -   1   09/18/03    PLF 1 opposition to DEF 1 motion for partial summary judgment re:
                         compensability of travel time (38-1), w attached exhibits A-D.

  70 -   2   09/18/03    PLF 1 Memorandum in support re: PLF 1 motion for summary judgment on the
                         compensibility of "travel time" (69-1) w exhibits A-D attached.

  71 -   1   09/19/03    PLF 1 Notice of flinf unsigned affidavit of Ronald Zuber in support of
                         Motions at dkt 67 and 69.

  72 -   1   09/23/03    PLF 1 Affidavit of Michael Day.

  73 -   1   09/26/03    PLF 1 Notice of Filing Signed Affidavits (in Support of Docket #69).

  74 -   1   09/26/03    PLF 1 motion for Consolidated Oral Argument on Motions.

  75 -   1   09/30/03    RRB Minute Order granting motion for Consolidated Oral Argument on
                         Motions (74-1).  Oral argument scheduled for 10/9/03 is vacated and is
                         reset for 10/31/03 at 1:30 p.m. in a courtroom to be determined.
                         Counsel for plf may attend telephonically.  cc: cnsl

  76 -   1   09/30/03    DEF 1 Stipulation for extension of time until 10/6/03 to file
                         defendant's opposition and reply to plaintiff's cross-motion for summary
                         judgment on the Compensability of Travel time and plaintiff's opposition
                         to motion for partial summary judgment re: Compensability of travel time
                         and to plaintiff's cross-motion for summary judgment on the issue of
                         willfulmess and good faith and plf's opposition to motion for summary
                         judgment re: statute of limitations.

  77 -   1   09/30/03    DEF 1 motion to strike affidavit of Kenneth Covell w/att memo.

  76 -   2   10/01/03    RRB Order granting stipulation for extension of time until 10/6/03 to
                         file defendant's combined opposition and reply and plaintiff's oppo to
                         the motions for sj (76-1).  cc: cnsl

  78 -   1   10/02/03    DEF 1 reply to opposition to DEF 1 motion for partial summary judgment
                         re: compensability of travel time (38-1).

  78 -   2   10/02/03    DEF 1 opposition to PLF 1 cross motion for summary judgment on the
                         compensibility of "travel time" (69-1).
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
"RONALD E. ZUBER V APC NATCHIQ INC"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 79 - 1 | 10/03/03 | DEF 1 reply to opposition to DEF 1 motion for partial summary judgment re: statute of limitations (39-1). |
| 79 - 2 | 10/03/03 | DEF 1 opposition to PLF 1 cross motion for summary judgment of the issues of willfulness and good faith (67-1). |
| 79 - 3 | 10/03/03 | DEF 1 motion (cross) for partial summary judgment re: good faith defense. |
| 80 - 1 | 10/06/03 | PLF 1 Unopposed motion to reschedule oral argument currently set for 10/31/03 at 1:30 p.m. w/att exh. |
| 81 - 1 | 10/06/03 | PLF 1 Unopposed motion to enlarge time until 10/17/03 to file opposition to cross-motion for summary judgment w/att exh. |
| 82 - 1 | 10/07/03 | PLF 1 (Limited) non-opposition to DEF 1 motion to strike affidavit of Kenneth Covell (77-1). |
| 83 - 1 | 10/08/03 | RRB Minute Order terminating in light of this order: unopposed mot to reschedule O/A currently set for 10/31/03 (80-1); O/A on pend mots for 10/31/03 is VACATED; once all mots become ripe, crt will determine if O/A will be hld. cc: cnsl |
| 84 - 1 | 10/08/03 | RRB Order granting unopposed mot to enlarge time until 10/17/03 to file oppo to def's x-mot for SJ re exempt stat (81-1). cc: cnsl |
| 85 - 1 | 10/08/03 | PLF 1 reply to opposition to PLF 1 cross motion for summary judgment on the compensibility of "travel time" (69-1). |
| 86 - 1 | 10/08/03 | PLF 1 motion to accept late-filed reply to opposition to motion for leave to file third amended complaint w/att prop reply. |
| 87 - 1 | 10/09/03 | RRB Minute Order granting/denying motion for leave to file Third Amended Complaint (56-1). cc: cnsl |
| 88 - 1 | 10/09/03 | DEF 1 conditional non-oppo to PLF 1 unopposed mot to reschedule o/a currently set for 10/31/03 at 1:30 p.m. (80-1), PLF 1 unopposed mot to enlarge time until 10/17/03 to file oppo to cross-mot for sj (81-1). |
| 89 - 1 | 10/09/03 | DEF 1 motion for status conference. |
| 90 - 1 | 10/09/03 | PLF 1 Complaint (3rd Amended). |
| 91 - 1 | 10/14/03 | PLF 1 reply to opposition to PLF 1 motion for partial summary judgment (44-1). |
| 91 - 2 | 10/14/03 | PLF 1 opposition to DEF 1 motion cross-motion for summary judgment (62-1). |
| 93 - 1 | 10/16/03 | PLF 1 Affidavit in Support of Opposition to DEF 1 motion cross-motion for summary judgment (62-1). |
| 92 - 1 | 10/17/03 | PLF 1 reply to opposition to PLF 1 cross motion for summary judgment of the issues of willfulness and good faith (67-1). |
| 92 - 2 | 10/17/03 | PLF 1 opposition to DEF 1 motion (cross) for partial summary judgment re: good faith defense. (79-3) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
                            "RONALD E. ZUBER V APC NATCHIQ INC"

                                    For all filing dates
```

```
Document #    Filed      Docket text

    94 -   1  10/22/03   DEF 1 reply to opposition to DEF 1 motion cross-motion for summary
                         judgment (62-1).

    95 -   1  10/23/03   DEF 1 Errata re: Reply to plf's opposition to DEF 1 motion for partial
                         summary judgment re: statute of limitations (39-1), opposition to PLF 1
                         cross motion for summary judgment of the issues of willfulness and good
                         faith. (67-1), memo in support of DEF 1 motion (cross) for partial
                         summary judgment re: good faith defense (79-3).

    96 -   1  10/24/03   DEF 1 reply to opposition to DEF 1 motion (cross) for partial summary
                         judgment re: good faith defense (79-3).

    97 -   1  11/07/03   RRB Minute Order re: Plf is required to take action as to case not at
                         issue. An answer to the third amended complaint is due immediately.  cc:
                         cnsl

    98 -   1  11/12/03   RRB Order re: Status conference is set for 11/25/03 at 1:30 p.m. in
                         Courtroom #3.  cc: cnsl

    99 -   1  11/12/03   RRB Order granting motion to strike affidavit of Kenneth Covell (77-1).
                         cc: cnsl

   100 -   1  11/12/03   DEF 1 Answer to Third Amended Complaint.

   100A-   1  11/12/03   not used.

   101 -   1  11/18/03   RRB Minute Order re: the time for the status hearing set for 11/25/03 is
                         changed from 1:30 p.m. to 11:00 a.m. in courtroom #3.  cc: cnsl

   102 -   1  11/25/03   RRB Court Minutes [ECR: Elisa Singleton] Status conference held
                         11/25/03.  Def counsel to file a dispositive mot re taxability and
                         entitlement to discovery w/in 30 days, plf to respond.  cc: cnsl

   103 -   1  12/11/03   DEF 1 motion to dismiss plf's damages claim re: income tax liability
                         w/att exhs.

   104 -   1  12/23/03   PLF 1 Unopposed motion to continue due date of plaintiff's opposition to
                         defendant's motion to dismiss plaintiff's damages claim re: Income tax
                         liability to 01/16/04.

  NOTE -   2  12/29/03   Notation: Notice of Non-compliance issued re docket 104.

   104 -   2  12/29/03   Order granting Unopposed motion to continue due date of plaintiff's
                         opposition to (104-1) cc: cnsl

   105 -   1  01/08/04   RRB Order denying as moot motion for partial summary judgment re: breach
                         of contract (37-1), motion for partial summary judgment re:
                         compendability of travel time (38-1), motion for partial summary
                         judgment re: statute of limitations (39-1), motion for partial summary
                         judgment (44-1), motion for summary judgment of the issues of
                         willfulness and good faith (67-1), motion for summary judgment on the
                         compensibility of "travel time" (69-1), motion (cross) for partial
                         summary judgment re: good faith defense (79-3), motion to dismiss plf's
                         damages claim re: income tax liability (103-1); granting motion
                         cross-motion for summary judgment (62-1).  The courts ruling is
                         dispositive any/all remaining motions and/or matters are denied as moot
                         & this case and/or matter is closed.  cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0052--CV (RRB)
                              "RONALD E. ZUBER V APC NATCHIQ INC"
```

For all filing dates

```
Document #   Filed      Docket text

  106 -  1   01/08/04   RRB Judgment that def's cross-motion for summary judgment is granted.
                        Plf's overtime wage claims must be dismissed as a matter of law.  cc:
                        cnsl, O&J 11603

 NOTE -  3   02/06/04   Transmittal: Forwarded notice of appeal (107-1) to 9CCA w/CADS &
                        Representation Statement.

  107 -  1   02/06/04   PLF 1 appeal to 9CCA of (106-1) filed 01/08/04. cc:cnsl, Judge
                        Beistline, 9CCA

  108 -  1   02/06/04   PLF 1 Notice Re Ordering Transcript.  Appellant does not intend to order
                        any transcripts.

  109 -  1   03/19/04   Cy 9CCA Time Schedule Order. (107-1) cc:cnsl, ECRs

  110 -  1   04/11/05   DEF 1 Stipulation for substitution of counsel that the firm of Delisio
                        Moran  Geraghty & Zobel may withdraw as counsel for def and Gregory L.
                        Youngmun be substituted.

  110 -  2   04/11/05   RRB Order granting stipulation  for substitution of counsel that the
                        firm of Delisio Moran Geraghty & Zobel may withdraw and Gergory L.
                        Youngman be substituted (110-1).  cc: cnsl

 NOTE -  4   05/16/05   Transmittal: Forwarded D.C. record to 9CCA consisting of 4 original
                        files and  expandos w/dkts 44,62 & 68.

  111 -  1   05/16/05   Cy 9CCA Certificate of Record. (107-1) cc: cnsl, Judge Beistline, 9CCA
                        (original)

  112 -  1   08/31/05   RRB Minute Order pursuant to 9CCA instructions; partial SJ is entered in
                        favor of plf; for purposes of this litigation; plf is to be considered a
                        non-exempt employee under AWHA. cc: cnsl

  113 -  1   09/13/05   9CCA Judgment/Final Order re: notice of appeal (107-1) that the district
                        court's decision is REVERSED and REMANDED with instructions to enter sj
                        for Zuber.  Cost taxed for the plf and against the def in the amt of
                        $413.50 w/att bill of costs & memo. cc: cnsl, Judge Beistline

  114 -  1   11/04/05   RRB Minute Order re Appeal.  The parties shall file a status report by
                        11/18/05 re the recent grant of sj 9CCA decision.  cc: cnsl

  115 -  1   11/23/05   PLF 1 Report re: stat; parties agree to undertake mediation.

  116 -  1   12/21/05   DEF 1 Joint motion to file settlement documents under seal.

  117 -  1   12/21/05   {SEALED}

  118 -  1   12/21/05   RRB Order granting stipulation Joint motion to file settlement documents
                        under seal (116-1) cc: Cnsl

  119 -  1   12/21/05   RRB Order granting stipulation Joint motion to approve settlement of
                        claims  (117-1) cc: Cnsl
```